Eric B. SAUB, Plaintiff-Appellant,

v.

Georgett PHILLIPS, Commonwealth Attorney, Individually and Officially; Thomas Potter, Individually and Officially; Kris Coughlin, Individually and Officially; Katrina Everett, Individually and Officially; Matt Van Wassen, Individually and Officially; Mark Marshall, Sheriff, Individually and Officially; Isle of Wight County Virginia; Steven Edwards, Deputy Commonwealth Attorney, Individually and Officially; C.B. Nurney, Individually and Officially; Babatunde Stokes, Assistant Medical Examiner, Individually and Officially; Samuel Perfetti, Individually and Officially; C. Trumble, Magistrate; Individually and Officially; Elizabeth C. Stahlman, Magistrate; Individually and in his or her Official Capacity; Mandy L. Owens, Magistrate, Individually and Officially; Apple; Facebook; Cellco Partnership, d/b/a Verizon Wireless; Regus; W. Parker Council, Judge, Individually and Officially; John F. Daffron, Jr., Judge, Individually and Officially; Sean Dolan, Chief Magistrate, Individually and Officially; Fred Jackson, Region 8 Magistrate Supervisor, Individually and Officially, Defendants-Appellees,

and

Dr. Rob Robinson, Medical Examiner, Individually and in his official capacity; City of Hampton Virginia; John Doe, Detective, Individually and in their official capacities; William Darden, Detective, Individually and in their official capacities; Jeffrey Lawrance, Detective, Individually and in their official capacities; Michael Henzey, in his capacity as assistant commonwealth Attorney; Detective Corporal Rhody, Hampton Police Department; Individually and in his Official Capacity

No. 17-6604

United States Court of Appeals, Fourth Circuit.

Submitted: September 21, 2017

Decided: October 18, 2017

Eric B. Saub, Appellant Pro Se.

Before GREGORY, Chief Judge, and MOTZ and SHEDD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric B. Saub appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Saub v. Phillips*, No. 3:16-cv-00414-JAG-RCY, 2017 WL 1658831 (E.D. Va. May 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*